IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNIDISC MUSIC, INC. | ) |
| | ) |
| v. | ) NO. 3-13-1451 |
| | ) JUDGE CAMPBELL |
| ANTIBEMUSIC S. r.l. | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Default Judgment (Docket No. 45), to which no timely response has been filed. Plaintiff's Motion is GRANTED.

Plaintiff is awarded against Defendant statutory damages of $150,000.00 for sound recording copyright infringement; statutory damages of $150,000.00 for musical composition copyright infringement; $75,989.36 in attorneys' fees and costs; $25,000.00 in actual damages for intentional interference with contractual and business relations; and $25,000.00 in punitive damages.

In addition, Defendants are permanently enjoined, pursuant to 17 U.S.C. § 502(a), from infringing Plaintiff's copyrights in the sound recordings and musical compositions at issue, defined in the Complaint as the "Kano Masters."[1] Defendants are also required, pursuant to 17 U.S.C. § 503, to destroy the infringing master phonorecords.

Moreover, Declaratory Judgment in entered as follows: (1) Plaintiff owns all right, title and interest in and to the copyrights of the sound recordings at issue and has exclusive rights to exploit

---

[1] The Kano Masters include "Can't Hold Back (Your Loving)," "She's a Star," "Baby Not Tonight," "Party," "Round and Round," and "Don't Try To Stop Me." Docket No. 1, ¶ 10.

those sound recordings throughout the world with the exception of Italy; and (2) Plaintiff owns a 25% publisher's interest in the worldwide copyrights for the musical compositions at issue.

This action is DISMISSED, and the Clerk is directed to close the file. The pretrial conference set for August 24, 2015, and the jury trial set for September 1, 2015, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE