UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNIDISC MUSIC, INC. | )<br>)<br>)<br>) |
| v. | ) NO. 3:13-1451<br>) JUDGE CAMPBELL<br>) |
| ANTIBEMUSIC S. r.l. | )<br>)<br>) |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/21/2015.

KEITH THROCKMORTON, CLERK
s/Elaine J. Hawkins, Deputy Clerk